UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Timothy Mezentsev, | Case No.: 6:14-cv-01988-SI |
| Plaintiff, | |
| V. | ORDER DISMISSING COMPLAINT |
| Carolyn Colvin, Commissioner, Social Security Administration | |
| Defendant. | |

After considering the Plaintiff's Motion to Dismiss it is hereby:

ORDERED that Plaintiff's complaint be dismissed.

IT IS SO ORDERED this __4th__ day __August__, 2015.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date: August 4, 2015

/s/ George J. Wall
_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Timothy Mezentsev

Page 3 - MOTION TO DISMISS COMPLAINT